GARY L. RAINSDON, TRUSTEE
P.O. BOX 506
TWIN FALLS, ID 83303
PHONE: (208) 734-1180
FAX: (208) 734-2783
trustee@filertel.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **Ben Joshua Blunt and** | ) | Case No.: 18-41146-JMM |
| **Tara Lynn Blunt,** | ) | |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

**Trustee's Objection to Claim and Notice**

**TO:**  **LVNV Funding, LLC**
**Resurgent Capital Services**
**Timothy Grant, President**
**PO Box 10587**
**Greenville, SC 29603-0587**

## NOTICE OF OBJECTION TO CLAIM

**YOU ARE HEREBY NOTIFIED** that the Trustee has filed an objection to the allowance of your claim (claim #3) filed on March 18, 2019 in this bankruptcy case. Account or other number that identifies the debtor(s):x4183/Arrow Financial/First Primer Bank

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

**YOU ARE FURTHER NOTIFIED** that if you do not want the Court to eliminate or change your claim and you wish to contest with the Trustee's objection to your claim, a written reply to the objection, explaining your position, must be filed in duplicate within thirty (30) days from the date this objection is mailed. File the original (1) with the Clerk of the U.S. Bankruptcy Court, Federal Building, 801 E. Sherman, Pocatello, ID 83201, and (2) a copy with the Trustee. *If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the end of the thirty (30) day period.*

**YOU ARE FURTHER NOTIFIED** that if the objection is a matter which can be corrected by filing an amended claim, you may do so prior to the expiration of the thirty (30) day period. Failure to file a written reply will result in the Trustee requesting that the Court enter an Order disallowing the claim to the extent objected to. If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim and may grant the Trustee's request.

## OBJECTION

1. This debt appears to be beyond the statute of limitations under Idaho Code Section 5-216 or 5-217. This claim should not be allowed for distribution.

**Dated this June 11, 2019**

/s/
GARY L. RAINSDON, Trustee

## CERTIFICATE OF MAILING

I hereby certify that on June 11, 2019 I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Alexandra O Caval**   alex@cavallawoffice.com, R71985@notify.bestcase.com
- **US Trustee**   ustp.region18.bs.ecf@usdoj.gov

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:
Via First Class mail, postage prepaid addressed as follows:

Ben and Tara Blunt
942 Idaho St.
Gooding, ID 83330

LVNV Funding, LLC
Resurgent Capital Services
Timothy Grant, President
PO Box 10587
Greenville, SC 29603-0587

Via certified mail, return receipt requested, addressed as follows:

/s/
GARY L. RAINSDON, Trustee